UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>                    Debtor(s)<br><br>The Charitable DAF Fund, L.P. and CLO Holdco, Ltd<br>                    Appellant(s)<br>    vs.<br>Highland Capital Management, LP<br>                    Appellee(s) | § § § § § § § § § § § § § § § § | Case No.:   19−34054−sgj11<br>Chapter No.:   11<br>Civil Case No.:        3:21−CV−01585−S |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 7/2/2021 regarding [2506] Order denying motion for modification of order authorizing retention of James P. Seery, Jr. Entered on 6/30/2021. by The Charitable DAF Fund, L.P. and CLO Holdco, Ltd in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8009 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

- ☐ Appeal not timely filed.
- ☐ Appeal filing fee not paid.
- ☐ Appellant(s) failed to file designation of the record.
- ☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.
- ☑ Appellee failed to provide court admitted exhibits for hearings: January 9, 2020 (doc 335); AND July 14, 2020 (doc 836)

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on September 8, 2021.

DATED:  9/8/21                              FOR THE COURT:
                                            Robert P. Colwell, Clerk of Court

                                            by: /s/J. Blanco, Deputy Clerk